UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHNNY SAMUEL RICHTHOFEN | * | CIVIL ACTION NO. 16-16020 |
| VERSUS | * | SECTION: "H"(1) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | JUDGE JANE TRICHE MILAZZO |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Defendant shall pay plaintiff Johnny Samuel Richthofen $4,462.50 in reasonable attorney's fees and $17.25 in reasonable expenses.

New Orleans, Louisiana, this 10th day of May, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE